UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICK N. PAPADELIS, | ) CASE NO. 1:05 CV 177 |
| Plaintiff, | ) |
| -vs- | ) ORDER OF DISMISSAL |
| EQUIFAX INFORMATION SERVICE, LLC, et al., | ) |
| Defendants. | ) |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the parties' stipulated notice to dismiss the instant matter with prejudice against the defendants Dominion East Ohio Gas and NCO Financial Systems, named as Marlin Integrated/NCO.  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) this case is dismissed with prejudice against the previously named defendants.  Each party shall bear its own costs.

IT IS SO ORDERED.

        /s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 22 June 2005